SMKS

FILED

2008 JUL 17 PM 3: 02

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

'08 MJ 2190

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Ezequiel VIRGEN-Perez,** | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **July 16, 2008,** within the Southern District of California, defendant **Ezequiel VIRGEN-Perez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Maria DOMINGUEZ-Menjivar, Maritza CASTILLO-Menjivar,** and **Jaime GARCIA-Santa Maria** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]

SIGNATURE OF COMPLAINANT
Shelly Lubin
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF **JULY, 2008**

[signature]

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**·CONTINUATION OF COMPLAINT:**
**Ezequiel VIRGEN-Perez**

SMB

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Maria DOMINGUEZ-Menjivar, Maritza CASTILLO-Menjivar,** and **Jaime GARCIA-Santa Maria** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 16, 2008, Border Patrol Agents assigned to the San Diego Sector Smuggling Interdiction Group (SIG) were working in the Brown Field Border Patrol Station area of responsibility. This area is located in Jamul, California a rural area that is notorious for smuggling activity after illegal aliens have circumvented the State Route 94 Border Patrol Checkpoint. SIG Agents were working in plain clothes and in unmarked vehicles.

At approximately 8:50 a.m., Agent S. Lubin was observing traffic on Honey Springs Road in Jamul, California when she observed a white Jeep Cherokee traveling north on Honey Springs Road with just a driver visible. Agent Lubin followed the Jeep and observed the Jeep turn into a driveway off of Honey Springs Road. Agent Lubin continued north and pulled into a driveway further north. Approximately 3 minutes later Agent Lubin began heading south on Honey Springs Road. At that time Agent Lubin observed the same Jeep traveling north again on Honey Springs Road. Agent Lubin relayed the description of the Jeep to SIG Agents in the nearby area. SIG Agent M. Leal was positioned further north awaiting the Jeep. Agent Lubin continued traveling south and positioned herself on Honey Springs Road and SR 94.

At approximately 8:55 a.m., SIG Agent E. Penagos responded to the area and began traveling north on Honey Springs Road from SR 94. Approximately 2 minutes later Agent Penagos observed the Jeep traveling south on Honey Springs Road and relayed that information to Agent Lubin via bureau radio. Agent Lubin observed the Jeep approach her location and got behind the Jeep to begin surveillance. At that time, Agent Lubin observed that the vehicle had several more occupants than when first seen and was heavily laden at the rear of the vehicle. The Jeep turned west on SR 94. Agent Lubin radioed San Diego Sector Dispatch and requested record checks on California license plate. Dispatch relayed that the Jeep was out of National City, California. Agent Lubin advised to other SIG Agents the direction of travel of the Jeep.

Agent Penagos requested a marked unit from the Brown Field 94 Checkpoint to perform a vehicle stop. Supervisory Border Patrol Agent B. Cash responded to the request and advised that he was enroute with a fully marked and fully functioning emergency equipped bureau vehicle. SIG Agents in several unmarked vehicles continued surveillance of the Jeep until the marked unit could catch up. The Jeep turned left onto Highway 94. At that time SBPA Cash had visual contact of the Jeep.

At approximately 9:15 a.m., SBPA Cash advised dispatch that he would be performing a vehicle stop on SR 94 west of Jamacha Boulevard. SBPA Cash activated his emergency lights and siren and advised dispatch that he had a yield. Immediately after coming to a stop the driver and one passenger bailed out of the Jeep and ran across three lanes of westbound traffic and two lanes of eastbound traffic on SR 94 causing the motoring traffic to slam on their brakes to avoid hitting them. Vehicles on SR 94 were traveling at high rates of speeds during that time. SIG Agent Penagos and SBPA Cash took chase on foot across SR 94 in pursuit of the driver. SIG Agent A. Hurtado apprehended the passenger on the westbound lanes. The driver was able to continue south of the highway into some heavy brush.

Agent Hurtado took the passenger that absconded back to the Jeep and was able to secure the remaining passengers and keep them from bailing out as well while the remaining SIG Agents assisted in the search for the driver.

**CONTINUATION OF COMPLAINT:**
**Ezequiel VIRGEN-Perez**

smB

Agent Hurtado with his badge clearly visible identified himself as a Border Patrol Agent and questioned each individual in the Jeep including the passenger that absconded as to their citizenship. Each individual admitted to being citizens and nationals of Mexico with no immigration documents to enter or remain in the United States legally. Agent Hurtado placed the subjects under arrest.

At approximately 9:27 a.m., Agent Cash observed the driver attempting to conceal himself in some heavy brush. Agent Cash identified himself as a Border Patrol Agent and questioned the subject as to his citizenship. The subject later identified as the defendant **Ezequiel VIRGEN-Perez** admitted to being a national of Mexico with no immigration documents to enter or remain in the United States legally. At that time Agent Cash placed the defendant under arrest.

The subjects were transported to the Chula Vista Border Patrol Station for further processing.

**DEFENDANT STATEMENT:**

The defendant was advised of his Miranda Rights and indicated that he understood his rights and did not ask for an attorney before providing the Agents with a statement. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.

VIRGEN stated that he made his smuggling arrangements with two alien smugglers in Tecate, Baja California, Mexico that he had been acquainted with for approximately ten years. VIRGEN identified these smugglers as Juan Carlos, and the other by the moniker Tuerto. VIRGEN claimed that he had crossed into the United States illegally two days ago with all other individuals apprehended in this event. According to VIRGEN, they entered the United States by climbing over the United States/Mexico International Boundary Border fence near Tecate, Baja California, Mexico at approximately 5:00pm. VIRGEN stated that he was to pay $2000.00 U.S. Dollars in smuggling fees to be smuggled to Los Angeles, California. According to VIRGEN, Juan Carlos and Tuerto offered to wave his smuggling fee if he agreed to drive the alien smuggling load vehicle in lieu of payment.

VIRGEN claimed that Juan Carlos and Tuerto instructed him to travel with the group to the load spot on Honey Springs Road. VIRGEN stated that he was told that when they arrived to the load spot, he will find the load vehicle waiting for them unoccupied. VIRGEN claimed that Juan Carlos and Tuerto instructed him to drive the load vehicle, with the rest of the group, south on Honey Springs Road then west on State Route 94. VIRGEN claimed that he had been told that at the first intersection with a traffic light, there would be a red colored, dually type pick-up truck with a female driver and that he was to follow her to the next location. VIRGEN stated that as he drove westbound on State Route 94, he had seen a red-colored dually type pick-up truck, but had lost visual of it.

VIRGEN stated that he continued westbound on State Route 94, looking for the red dually type pick-up truck, when he suddenly heard a siren and observed a Border Patrol vehicle following behind him with the emergency lights on. VIRGEN stated that he pulled over to the side of the roadway, and then told the other occupants to run because they had already been pulled over.

VIRGEN admitted that he ran across the highway with complete disregard for his safety, causing numerous vehicles to stop abruptly or swerve in order to avoid striking him. VIRGEN stated that he ran across all lanes of traffic and hid in some thick brush near a creek bed.

According to VIRGEN, he knew that all occupants in the vehicle he was driving were illegally present in the United States, and that he ran because he had already spent time in jail for alien smuggling, and didn't want to go back.

SMB

**CONTINUATION OF COMPLAINT:**
**Ezequiel VIRGEN-Perez**

**MATERIAL WITNESSES STATEMENTS:**

Material Witnesses **Maria DOMINGUEZ-Menjivar, Maritza CASTILLO-Menjivar,** and **Jaime GARCIA-Santa Maria** stated that they are citizens and nationals of El Salvador illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made to be smuggled into the United States. All the material witnesses stated that they were to pay between unknown amounts to $4,000.00 U.S. dollars to be smuggled to various parts of the United States. When shown a photographic lineup containing 8 individuals, Material Witnesses GARCIA was able to identify the defendant as the driver of the vehicle.