AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

UNITED STATES OF AMERICA

v.

EZEQUIEL VIRGEN-PEREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 2557 -BTM

I, EZEQUIEL VIRGEN-PEREZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 7/31/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ezequiel Virgen
Defendant

Defense Counsel

Before
Judicial Officer